## EVANS *v.* THE STATE.

SIMMONS, C. J.　1. Where in the trial of a criminal case improper remarks are made by counsel for the State, which, however, refer to a matter not material to the issue, and the judge cautions the jury not to consider such remarks, it is not error to refuse to grant a mistrial.

2. Where a case is submitted on briefs, assignments of error not referred to in the brief of the plaintiff in error will be treated as abandoned.

3. The evidence warranted the verdict.

*Judgment affirmed. All the Justices concurring, except Little and Lewis, JJ., absent.*

Submitted March 17,—Decided April 1, 1902.

Indictment for murder.　Before Judge Brinson.　Burke superior court.　January 22, 1902.

*Frank S. Palmer* and *Lawson & Scales*, for plaintiff in error.

*Boykin Wright*, attorney-general, and *J. S. Reynolds*, solicitor-general, contra.